UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIO LIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK USA, N.A., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-10-05155-DMR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

　　　　On November 19, 2010, Defendant Chase Bank U.S.A., N.A. ("Chase"), filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss"), pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Docket No. 5. Defendant Chase noticed a hearing on the Motion to Dismiss for January 13, 2011 at 11:00 a.m.

　　　　Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendant Chase's Motion to Dismiss set for January 13, 2011 at 11:00 a.m. is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

　　　　IT IS SO ORDERED.

Dated: November 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge